

U.S. DISTRICT COURT - N.D. OF N.Y.
**FILED**
FEB 1 0 2017
AT_____ O'CLOCK_____
Lawrence K. Baerman, Clerk - Plattsburgh

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) Criminal No.  8:17-PO-07 (GLF) |
| | ) |
| v. | ) **Information** |
| | ) |
| **EMIL MICHALCZUK,** | ) Violation:   8 U.S.C. § 1325(a)(1) |
| | )               [Entry Without Inspection] |
| | ) |
| | ) 1 Count |
| | ) |
| **Defendant.** | ) County of Offense:   Clinton |

### THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**[Entry Without Inspection]**

On or about February 3, 2017, in Clinton County in the Northern District of New York, the defendant, **EMIL MICHALCZUK**, an alien, entered the United States at a time and place other than as designated by immigration officers, that is, he entered the United States from Canada, near Rouses Point, New York, in violation of Title 8, United States Code, Section 1325(a)(1).

Dated: 2/10/17

**RICHARD S. HARTUNIAN**
United States Attorney

By: _____
**Edward P. Grogan**
**Assistant United States Attorney**
**Bar Roll No. 506388**